## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tracee A. Beecroft, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ALTISOURCE BUSINESS SOLUTIONS PVT. LTD.,<br><br>        Defendant. | Case No. 0:15-cv-02184-SRN-BRT |

### <u>PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD</u>

Pursuant to the Court's Order (ECF No. 273) and the proposed settlement agreement in this case, Plaintiff Tracee A. Beecroft, by and through counsel, respectfully moves the Court for an Order awarding Class Counsel attorneys' fees in the amount of $600,000, or one-third of the $1,800,000 common fund obtained for the benefit of the Settlement Class in the proposed settlement of this action, plus costs of $26,362.67.

Plaintiff also requests that the Court approve an incentive award to Plaintiff Tracee A. Beecroft as Class Representative, in the amount of $15,000.

In support of this Motion, Plaintiff relies upon the accompanying memorandum of law, declarations of counsel, and all the files, records, and proceedings herein.

Dated: December 14, 2017

Respectfully submitted,

TRACEE A. BEECROFT, on behalf of
herself and others similarly situated

By: _/s/ Mark L. Heaney_
    Mark L. Heaney (No. 0333219)
    HEANEY LAW FIRM, LLC
    601 Carlson Parkway, Suite 1050
    Minnetonka, MN 55305
    Telephone: (952) 933-9655
    Facsimile: (952) 487-0189
    mark@heaneylaw.com

    Alexander H. Burke (*pro hac vice*)
    BURKE LAW OFFICES, LLC
    155 N. Michigan Ave., Suite 9020
    Chicago, IL 60601
    Telephone: (312) 729-5288
    Facsimile: (312) 729-5289
    aburke@burkelawllc.com

    *Counsel for Plaintiff and the*
    *Settlement Class*