UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TRACEE A. BEECROFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTISOURCE BUSINESS SOLUTIONS PVT. LTD.,<br><br>Defendant. | Case No. 15-cv-02184 (SRN/BRT)<br><br><br><br>**ORDER** |

This matter came before the Court on Plaintiff's Motion for Attorney's Fees and For Service Award to the Class Representative [Doc. 274]. Based on the files, records, and pleadings in the and the arguments of counsel,

It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court grants Class Counsel's application for fees and costs, and awards $600,000 in attorney's fees and $24,278.43 in costs. The Court finds these amounts appropriate, fair and reasonable.

2. The Court awards $15,000 as an incentive award for Tracee Beecroft, and finds this amount fair and reasonable.

- 2 -

IT IS SO ORDERED

Dated:  March 12, 2018        s/Susan Richard Nelson
                              Susan Richard Nelson
                              United States District Judge